UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LEMARION BROWN,
    Plaintiff,

vs.                                                            Case No.:  3:23cv23976/LAC/ZCB

D. SASSER, et al.,
    Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on December 20, 2023.  (Doc. 11).  The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1.     The magistrate judge's Report and Recommendation (Doc. 11) is adopted and incorporated by reference in this order.

2.     Plaintiff's claims against Defendant Dykes and Scruggs are **DISMISSED** for failure to state a claim upon which relief can be granted under 28 U.S.C. §§ 1915(e)(2)(B)(ii), 1915A(b)(1).

3. The Clerk of Court is directed to terminate Defendants Dykes and Scruggs as parties in this case.

4. This case is recommitted to the magistrate judge for further proceedings.

**DONE AND ORDERED** this 22nd day of January, 2024.

        *s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**