UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LEMARION BROWN,
    Plaintiff,

v.                                            Case No.:  3:23cv23976/LAC/ZCB

D. SASSER, et al.,
    Defendants.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on March 18, 2024. (Doc. 20).  The Court attempted to furnish the plaintiff a copy of the Report and Recommendation and afford him an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  All mail sent to the address furnished by plaintiff has been returned as undelieverable.  No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 20) is adopted and incorporated by reference in this order.

1

2. This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the Court and failure to keep the Court apprised of his current address.

3. The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 10th day of April, 2024.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**